IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARCADIE VIHODET,

Plaintiff,

v.

Case No. 16-cv-465 JPG/RJD

GHEORGHE BAICAN, *et al*.,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 13, 2017**            **JUSTINE FLANAGAN, Acting Clerk of Court**

                                     *s/Tina Gray*
                                      **Deputy Clerk**


**Approved:      *s/J. Phil Gilbert***
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**